UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                           CASE NO.  3:07cr78LAC

ISAIAH HENRY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  July 10, 2007
Motion/Pleadings:  MOTION and AMENDED MOTION TO REVOKE DETENTION ORDER
Filed by  DEFENDANT        on   7/10/2007     Doc.# 16 & 17

RESPONSES:
BY GOVERNMENT              on 7/12/07      Doc.# 18
                           on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)         Deputy Clerk: Mary Maloy

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 25th day of July, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) After reviewing the transcript of the detention hearing and the Amended Pretrial Services Report, this Court affirms the Magistrate's decision that the defendant is a serious flight risk and poses a danger to the community and that no condition or combination of conditions will reasonably assure his appearance as required, nor provide for the safety of the community.*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.