UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                             CASE NO.  3:07-CR-78-001/LAC

ISAIAH N. HENRY

**FINANCIAL REFERRAL AND ORDER**

Regarding refund of funds for: _X_  Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:      Isaiah Henry #06766-017  (Payee)
Address:   FCI - Yaxoo City Low
           PO Box 5000
           Yazoo City, MS 39194

Receipt Number  B061008DFLN307CR000078

Date of Receipt   7/23/08

Motion: N/A

Explanation: Isaiah Henry's $100.00 special assessment was paid on 5/29/08.  The Clerk's office received $25.00 on the June 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Henry does not owe any additional money.  Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_
               Philip Detweiler, Financial Specialist        Date:  July 25, 2008

Referred by: Mary Maloy, Deputy Clerk

**ORDER OF COURT**

It is ORDERED this 25th day of July, 2008, that the Clerk refund the identified funds to the payee.

APPROVED _____X_____

DENIED _____                    _s/L.A. Collier_
                                           LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99